1  Tanya E. Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Jose Leon
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JOSE LEON,                          )  No.  1:10-CV-01980-LJO-GSA
                                        )
12            Plaintiff,                )  **REQUEST DISMISSAL OF ACTION;**
                                        )  **ORDER**
13        vs.                           )
                                        )
14  JIN HAI INC., et al.,               )
                                        )
15            Defendants.               )
                                        )
16                                      )
                                        )
17  _____ )

18      No defendant having appeared in this action, Plaintiff requests pursuant to Fed. R. Civ.

19  P. 41(a)(1)(A)(i) that the above-captioned action be dismissed with prejudice in its entirety.

20

21  Date: January 11, 2011                    MOORE LAW FIRM, P.C.

22

23                                            /s/Tanya Moore_____

24                                            Tanya Moore
                                              Attorney for Plaintiff
25

26

27

28

*Leon v. Jin Hai, Inc., et al.*
Request for Dismissal

1

**ORDER**

2        Upon Plaintiff's request, and no defendant having appeared in this action,

3        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5   Dated:_January 11, 2011_                    _/s/ Lawrence J. O'Neill_____

6                                               United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Leon v. Jin Hai, Inc., et al.*
Request for Dismissal